UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAH VALENTINE,

    Plaintiff,

vs.                                    CASE NO.: 3:09cv334/MCR/EMT

LEGENDARY MARINE FWB, INC.
and LEGENDARY, INC.,

    Defendants.
    _____/

**O R D E R**

    This matter is presently scheduled on the court's trial docket commencing October 18, 2010. The court notes that defendants' motion for summary judgment is currently pending in this matter. Due to conflicting matters on the court's calendar and the pending dispositive motion, the trial in this case will be continued to the trial docket commencing February 28, 2011. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

    Accordingly, it is ORDERED that the trial in this case is hereby continued to February 28, 2011.

**DONE and ORDERED** on this 5th day of October, 2010.

                      *s/ M. Casey Rodgers*
                    **M. CASEY RODGERS**
                  **UNITED STATES DISTRICT JUDGE**